In the Matter of HAGUE CORPORATION, Respondent-Appellant, v EMPIRE ZONE DESIGNATION BOARD et al., Appellants-Respondents.

Decided September 13, 2012

Appeal by Hague Corporation dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.